UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| GEORGE E. ROBEY, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) No. 1:18-cv-01705-SEB-TAB |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## FINAL JUDGMENT

Having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner.

George Robey's motion for relief pursuant to 28 U.S.C. § 2255 is **DENIED** and the action is **dismissed with prejudice**.

Date: 9/25/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GEORGE E. ROBEY
1014 W. 34th St.
Indianapolis, IN 46208

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brad.shepard@usdoj.gov